No. D–2309. IN RE DISBARMENT OF GRAYSON. Disbarment entered. [For earlier order herein, see 535 U. S. 1093.]

No. D–2310. IN RE DISBARMENT OF LESTER. Disbarment entered. [For earlier order herein, see 535 U. S. 1093.]

No. D–2312. IN RE DISBARMENT OF RIGGS. Disbarment entered. [For earlier order herein, see 535 U. S. 1093.]

No. D–2313. IN RE DISBARMENT OF SHANAHAN. Disbarment entered. [For earlier order herein, see 535 U. S. 1093.]

No. 01–1067. UNITED STATES v. WHITE MOUNTAIN APACHE TRIBE. C. A. Fed. Cir. [Certiorari granted, 535 U. S. 1016.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 01–1118. SCHEIDLER ET AL. v. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL.; and
No. 01–1119. OPERATION RESCUE v. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 535 U. S. 1016.] Motion of Alan Ernest to represent children unborn and born alive denied.

No. 01–1209. BOEING CO. ET AL. v. UNITED STATES; and
No. 01–1382. UNITED STATES v. BOEING SALES CORP. ET AL. C. A. 9th Cir. [Certiorari granted, 535 U. S. 1094.] Motion of Boeing Co. et al. to dispense with printing the joint appendix granted.

No. 01–1243. BORDEN RANCH PARTNERSHIP ET AL. v. UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 903.] Motion of petitioners Borden Ranch et al. to dispense with printing the joint appendix granted. JUSTICE KENNEDY took no part in the consideration or decision of this motion.

No. 01–1437. BRANCH ET AL. v. SMITH ET AL. D. C. S. D. Miss. [Probable jurisdiction noted, ante, p. 903.] Motion of Nationalist Movement for leave to file a brief as amicus curiae granted.